UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BILLY H. BROWN,

    Petitioner,

    v.   CAUSE NO. 3:23-CV-763-PPS-JEM

WARDEN,

    Respondent.

## ORDER

Billy H. Brown, a prisoner without a lawyer, was granted until October 2, 2023, to file a signed habeas petition. ECF 2. He was cautioned that, if he did not respond by that deadline, this case might be dismissed without further notice. That date has passed, but Brown has not filed a response. In sum, it appears that Brown does not intend to pursue this case any further.

For these reasons, the court DISMISSES this case.

SO ORDERED.

ENTERED: October 13, 2023.

                    /s/ Philip P. Simon
                    PHILIP P. SIMON, JUDGE
                    UNITED STATES DISTRICT COURT