AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BILLY H BROWN, *Mr.*
    Petitioner

v.    Civil Action No.  3:23-cv-763

WARDEN, *Westville Correctional Facility*
    Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other:     This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Philip P Simon

DATE:  10/13/2023                    CHANDA J. BERTA, CLERK OF COURT

                                                        by     /s/ S. Kowalsky
                                                        *Signature of Clerk or Deputy Clerk*